George Edward Faulhaber, an Infant, etc., Appellant, v. George C. Kline, Respondent. — Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Edward Byrnes, Respondent, v. Fifth Avenue Coach Company, Appellant. Walter Byrnes, an Infant, etc., v. Fifth Avenue Coach Company. — Judgments and orders reversed, new trials ordered, costs to appellants to abide event, on the ground that the verdict was against the weight of evidence. Orders to be settled on notice. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.; Dowling, J., dissented.

Abraham Jacobs, Appellant, v. Robert R. Tietenberg and Another, Respondents. — Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Oscar Hammerstein, Respondent, v. Florencio Constantino, Appellant. — Judgment and order affirmed, with costs. No opinion, Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Mary A. Gordon Jennings, Respondent, v. Martin Tully Construction Company, Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Edward C. Amundson, Appellant, v. William O. Straehler, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

William Y. Marsh, Respondent, v. Marshall E. Ward, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Grace L. Chandler, Respondent, v. Byron Chandler, Appellant. — Order modified as stated in order and as so modified affirmed, without costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Frank H. Tuthill and Others, Respondents, v. Margaret Eleanor Forbes, Individually and as Executrix, etc., Appellant, Impleaded with Others. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Helene Briastre, Appellant, v. Union Dime Savings Institution, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.